

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-23-00074-CR

**IN RE** Mario Gerardo **GOMEZ PEREZ**

Original Proceeding[1]

PER CURIAM

Sitting:    Irene Rios, Justice
            Beth Watkins, Justice
            Lori I. Valenzuela, Justice

Delivered and Filed: March 1, 2023

PETITION FOR WRIT OF MANDAMUS DISMISSED

On February 15, 2023, relator filed a motion to dismiss his petition for writ of mandamus.

We grant the motion and dismiss the petition for writ of mandamus. The stay imposed on January

23, 2023 is lifted.

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 13684CR, styled *State of Texas v. Mario Gerardo Gomez Perez*, pending in the County Court, Kinney County, Texas, the Honorable Todd Alexander Blomerth presiding.